An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID M. FROSTICK,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 67738

**FILED**

JUN 0 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
     DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Our review of this appeal reveals a jurisdictional defect. The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). No statute or court rule provides for an appeal from a district court's failure to hold an inquiry on whether there is a conflict of interest between an attorney and his client. Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____ J.
Gibbons

_____ , J.
Pickering

---

[1] In light of this order, the clerk of this court shall return, unfiled, the pro se documents received on April 15, 2015, and May 19 and 20, 2015.

Supreme Court
OF
Nevada

(O) 1947A

15-16570

cc: Hon. Elissa F. Cadish, District Judge
David M. Frostick
Lester M. Paredes
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk